**Order entered June 27, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00031-CV

### JOY JACKSON-ATKINS, Appellant

### V.

### FREDERICK L. ATKINS, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-02571**

## ORDER

The reporter's record in this case is overdue in this appeal. By postcard dated March 4, 2014, we notified Glenda Johnson, Official Court Reporter for the 256th Judicial District Court that the reporter's record was overdue. We directed Ms. Johnson to file the record within thirty days.

By order dated April 4, 2014 we again notified Ms. Johnson the reporters record was overdue and ordered her to file, within ten days of the date of that order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not paid or made arrangements to pay for the record. To date, Ms. Johnson has neither filed the record nor otherwise corresponded with the Court regarding the record. This appeal cannot proceed without the issue of the reporter's record being resolved.

Accordingly, this Court **ORDERS** court reporter Glenda Johnson to file the reporter's record with **TEN DAYS**.  We expressly **CAUTION**  Glenda Johnson that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Honorable David Lopez
Presiding Judge
256th Judicial District Court
George Allen Sr. Courts Building
600 Commerce Street, St. 440
Dallas, TX 75202

Glenda Johnson
Official Court Reporter
256th Judicial District Court
George Allen Sr. Courts Building
600 Commerce Street, St. 440
Dallas, TX 75202

/s/     CAROLYN WRIGHT
CHIEF JUSTICE